**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re  
Debtor(s):  
Roy G Reese  
Katisha L Reese

Case No.: 21−41376 − A659  
CHAPTER: 13

## ORDER GRANTING MOTION FOR RELIEF FROM STAY TO ENTER INTO LOAN MODIFICATION AGREEMENT

    The matter before the Court is the Motion for Relief from Stay filed by Debtors on July 30, 2021 (Docket # 17) (the "Motion"). The Motion seeks relief from the automatic stay of 11 U.S.C. § 362(a) (the "Automatic Stay") for the purpose of allowing the parties to enter into a mortgage modification agreement as set forth therein. The Court concludes that it has jurisdiction of the Motion pursuant to 28 U.S.C. § § 157(a) and 1334(a) and Local Rule 9.01(B)(1) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Notice of the Motion was proper pursuant to the Local and Federal Rules of Bankruptcy Procedure. The Court concludes that, to the extent the Automatic Stay may apply to stay loan modification, cause exists pursuant to 11 U.S.C. § 362(d) to grant the Motion. It is therefore

    ORDERED that the Motion is GRANTED and the Automatic Stay, to the extent it may apply, is lifted solely for the purpose of allowing the Debtor(s) and Navy Federal Credit Union to enter into the loan modification agreement under the terms set forth in the Motion. It is further

    ORDERED that the Debtor(s) and/or the Lender shall immediately file any amendments of claim or Chapter 13 plan necessary to implement the mortgage modification agreement set forth in the Motion. It is further

    ORDERED that the filing fee for the Motion is waived. It is further

    ORDERED that the 14−day stay provided by Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Dated: 8/4/21

Rev. 08/13 orlflma